United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY L. SIMS, | No. C 09-2251 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the statute of limitations period.

IT IS SO ORDERED AND ADJUDGED

DATED: July 22, 2010

Marilyn Hall Patel
United States District Judge